**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 13** |
| Alsid Matuka and Michelle F Matuka | : | |
| | : | |
| **Debtors** | : | **Case No.: 20-14110 AMC** |

## ORDER

AND NOW, upon consideration of the Motion to Expedite Hearing on Debtor's Motion

to Sell Real Property Free and Clear ("the Motion"), it is hereby ORDERED that:

1.      The request for an expedited hearing is GRANTED.

2.      A hearing to consider the Motion shall be and hereby is scheduled on December 14, 2021
                Telephonic

at  11:00 a.m.   ,Parties are to Dial   877-873-8017      Access Code  3027681#     .

3.      Written objections or other responsive pleadings to the Motion (while not required) may

be filed up to the time of the hearing and all objections will be considered at the hearing.

4.      The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee

(if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured

Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile

transmission or e-mail transmission no later than 5:00 p.m. on December 1, 2021.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local

Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular

mail no later than 5:00 p.m. on December 1, 2021.

6. The Movant shall file a Certification of Service setting forth Compliance with paragraphs 4

and 5 above as applicable.

Date:   November 30, 2021

Ashely M. Chan, U.S. Bankruptcy Judge