# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Chapter 13** |
| Alsid Matuka and Michelle F Matuka | : |
| | : |
| **Debtors** | : **Case No.: 20-14110 AMC** |

## Certificate of Service

    I, Brad J. Sadek, certify that on the date indicated below I served a true and correct copy of the Debtors' Emergency Motion to Incur Debt and the November 30, 2021 Scheduling Order scheduling a hearing thereon for December 14, 2021 at 11:00 am on the US Trustee, the Chapter 13 Trustee and all secured and priority creditors as per the November 30, 2021 Court Order.

Dated: December 1, 2021

                                              Brad J. Sadek, Esq.
                                              Attorney for Debtor