## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| Alsid Matuka | : | Chapter 13 |
| Michelle Matuka | : | Case No.: 20-14110-AMC |
| Debtor (s) | : | |

## O R D E R

AND NOW, this _____ day of _____, 2022, it is hereby Ordered and

Decreed that the Debtors' incurrence of new financing through Absolute Home Mortgage

Corp. is Approved.

~~FURTHER ORDERED~~

**Date: December 14, 2021**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE